M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Silas Martin )
Full name and prison name of )
Plaintiff(s) )
 )
v. ) CIVIL ACTION NO. 3:07cv1124-MEF
Major Cary Tolbert ) (To be supplied by Clerk of U.S. District
(Jail Administrator) ) Court)
 )
John Brown (Officer) )
 )
 )
 )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

Stamp: 2007 DEC 27 A 9:14  DEBRA P. HACKETT  U.S. DISTRICT COURT  MIDDLE DISTRICT ALA

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff (s) _____N/A_____

         Defendant(s) _____N/A_____

      2.   Court (if federal court, name the district; if state court, name the county)

         _____N/A_____

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _LEE COUNTY DETENTION FACILITY_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _SAME AS ABOVE_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | MAJOR CARY TOLBERT | P.O. BOX 2407 |
| 2. | JOHN BROWN | P.O. BOX 2407 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ~~AUGUST 2007 AND CONTINUES~~ DECEMBER 13, 2007 AND CONTINUES

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: 8th AMENDMENT (CRUEL & UNUSUAL PUNISHMENT)

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.) ON DECEMBER 13, 2007, I, SILAS MARTIN, WAS PLACED IN SOLITARY CONFINEMENT BECAUSE I REFUSED TO REMOVE A BLANKET AND WALK AROUND HALF NAKED IN FRONT OF FEMALE NURSES + FEMALE STAFFS AFTER I TOLD THE OFFICER THAT ITS AGAINST MY RELIGIOUS TO DO SO. I WAS GIVEN TEN (10) DAYS. I HAVE SERVED THE TEN DAYS. I HAVE NOT BEEN RELEASE YET. I AM BEING DEPRIVED OF FRESH AIR, ACCESS TO LAW LIBRARY, I HAVE NO WAY OF GETTING IN CONTACT WITH AN OFFICER IN HERE. SEE NOTIFICATION SHEET (EXHIBIT 1)

GROUND TWO: 1st AMENDMENT (DENIED LAW LIBRARY, RIGHT TO PRACTICE RELIGIOUS)

SUPPORTING FACTS: ON DECEMBER 13, I, SILAS MARTIN, WAS PLACED IN SOLITARY CONFINEMENT BECAUSE I REFUSED TO REMOVE MY BLANKET AND WALK AROUND NAKED IN FRONT OF FEMALE STAFFS AFTER I REPORTED THAT ITS AGAINST MY RELIGIOUS. ALSO I HAVE NOT SEND A LAW LIBRARY OR A LAW LIBRARY CLERK. I HAVE REQUESTED.

GROUND THREE: 14th AMENDMENT + 5th AMENDMENT (DENIED DUE PROCESS)

SUPPORTING FACTS: I HAVE NOT BEEN AFFORDED ANY KIND OF DUE PROCESS. I WAS PLACED IN SOLITARY CONFINEMENT AND HAVE NOT RECEIVE ANY FORM OF DISCIPLINE.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

$500.000 FROM EACH DEFENDANT WHO VIOLATED MY RIGHTS BY PLACING ME UNDER SUCH MENTAL STRESS AND DIFFICULTIES, ASWELL AS A $100.00 A DAY FOR EVERY DAY THAT I'VE SUFFERED IN SOLITARY CONFINEMENT FOR NO REASON.

*Silas Martin*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-26-07
              (Date)

*Silas Martin*
Signature of plaintiff(s)





OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS

Silas Martin
P.O. Box 2407
Opelika, AL 36801