UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA

SILAS MARTIN, )
PLAINTIFF )
 )
V. )
 )
MAJOR CARY TOLBERT, )  CIVIL No. 3:07cv1124-MEF
JOHN BROWN, (OFFICERS) )
DEFENDANTS )

RECEIVED 2007 DEC 27 A 9:04 DEBRA P. HACKETT, CLERK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## MOTION ASKING FEDERAL JUDGE TO ORDER CARY TOLBERT (JAIL ADMINISTRATOR) TO REMOVE INMATE FROM SOLITARY CONFINEMENT.

Comes now, plaintiff, and request this judge to order his release from solitary confinement. Plaintiff shows to the court that on December 13, 2007, that he was placed in solitary confinement for refusing to remove his blanket and walk around half naked in front of female staffs after he reported that its against his religious to do so. Plaintiff was given ten (10) days solitary confinement. He served ten (10) days. However, he is still in solitary confinement where hes being held without due process and being denied fresh air (yard time), access to law library. He has no way of contacting officers aswell as other rights being violated. Plaintiff admits it wasn't his fault that he did not have any clothes to put on.

*Silas Martin*
SILAS MARTIN (PLAINTIFF)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE ON THIS 26 DAY OF DECEMBER 2007, SERVED A COPY OF THE FOREGOING UPON THE FOLLOWINGS U.S MAIL POSTAGE PREPAID.

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101-0711

MAJOR LARY TOLBERT
P.O. BOX 2407
OPELIKA, AL. 36801

DONE THIS DATE DECEMBER 26, 2007.

*Silas Martin*
SILAS MARTIN (PLAINTIFF)
P.O. BOX 2407
OPELIKA, AL. 36801