IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

SILAS MARTIN                          *

    Plaintiff,                         *

        v.                               *        3:07-CV-1124-MEF

MAJOR CARY TOLBERT, *et al*.,         *

    Defendants.                        *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Court Order. Plaintiff seeks entry of an order directing jail staff at Plaintiff's present place of confinement to release him from solitary confinement. Upon consideration of the motion, it is

ORDERED that the motion (*Doc. No. 3*) be and is hereby DENIED.

DONE, this 9th day of January 2008.

                                      /s/ Susan Russ Walker
                                SUSAN RUSS WALKER
                                UNITED STATES MAGISTRATE JUDGE