| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Ira Bridges    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Major Cary Tolbert<br>Lee County Detention Center<br>PO Box 2407<br>Opelika, AL 36801<br><br>07cv1124   C+OP | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>JAN 11 2008<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered        ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0000 0026 7111 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Ira Bridges    C. Date of Delivery |
| 1. Article Addressed to:<br><br>John Brown<br>Lee County Detention Center<br>PO Box 2407<br>Opelika, AL 36801<br><br>07cv1124   C+OP | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>JAN 11 2008<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered        ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0000 0026 7104 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |