IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

SILAS MARTIN,  )
  PLAINTIFF,   )  3:07-CV-1124-MEF
VS.            )
MAJOR CARY TOLBERT, et al,  )
  DEFENDANTS.  )

## MOTION TO DISMISSED

COMES NOW, PLAINTIFF, SILAS MARTIN, AND ASK THIS COURT TO DISMISS THE ABOVE STYLE CASE. PLAINTIFF ADMITS THAT THE MATTER HAS BEEN RESOLVED.

*Silas Martin*
SILAS MARTIN (PLAINTIFF)

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT I HAVE ON THIS 21 DAY OF JANUARY, 2008, SERVED A COPY OF THE FOREGOING MOTION ON THE FOLLOWING BY PLACING A COPY OF SAME IN THE U.S. MAIL POSTAGE PREPAID.

OFFICE OF THE CLERK              MAJOR CARY TOLBERT
U.S. DISTRICT COURT              P.O. BOX 2407
MONTGOMERY, AL. 36101-0711       OPELIKA, AL. 36801

*Silas Martin*
SILAS MARTIN (PLAINTIFF)

```
SILAS MARTIN
P.O. Box 2407
OPELIKA, AL. 36801
```

MONTGOMERY AL 361
22 JAN 2008 PM 1 L

```
OFFICE OF THE CLERK
U.S. DISTRICT COURT
MONTGOMERY, ALABAMA.
            36101-0711
```