IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA

SILAS MARTIN, )
   PLAINTIFF )
    )
    ) CASE NO. 3:07-CV-1124-MEF (WO)
VS. )
    )
MAJOR CARY TOLBERT, et al., )
   DEFENDANTS. )

## MOTION TO DISMISSED

COMES NOW, PLAINTIFF, SILAS MARTIN, AND ASK THIS COURT TO DISMISS THE ABOVE STYLE CASE. PLAINTIFF ADMITS THAT THE MATTER HAS BEEN RESOLVED.

                                                       _Silas Martin_
                                                SILAS MARTIN (PLAINTIFF)

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT I HAVE ON THIS 21 DAY OF JANUARY, 2008, SERVED A COPY OF THE FOREGOING MOTION ON THE FOLLOWING BY PLACING A COPY OF SAME IN THE U.S. MAIL POSTAGE PREPAID.

OFFICE OF THE CLERK                     MAJOR CARY TOLBERT et
U.S. DISTRICT COURT                     P.O. BOX 2407
MONTGOMERY, AL. 36101-0711        OPELIKA AL. 36801

                                                       _Silas Martin_
                                                SILAS MARTIN (PLAINTIFF)
                                                P.O. BOX 2407
                                                OPELIKA, AL. 36801

RECEIVED 2008 FEB -6 A 9:34 DEBRA P. HACKETT, U.S. DISTRICT COURT MIDDLE DISTRICT ALA

SILAS MARTIN 145604-L4
P.O. Box 150
Mt. Meigs, Al. 36057

LET US DARE TO
THINK, SPEAK
John Adams, 17

MONTGOMERY AL 351
05 FEB 2008 PM 1 T

Office of the Clerk
United States District Court
Montgomery, AL. 36101-0711

LEGAL MAIL

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."