IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SILAS MARTIN,                          )
                                       )
        Plaintiff,                     )
v.                                     )     CASE NO. 3:07-cv-1124-MEF
                                       )
MAJOR CARY TOLBERT, *et al.*,          )
                                       )
        Defendants.                    )

# **O R D E R**

Upon consideration of the plaintiff's Motion to Dismiss (Doc. #10) filed on February

6, 2008, it is

ORDERED that the motion is DENIED as moot.

DONE this 7th day of February, 2008.


                         _____
                              /s/ Mark E. Fuller
                         CHIEF UNITED STATES DISTRICT JUDGE